AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**KONA ICE, INC.,**
*Plaintiff*

V.

Civil Action No. **5:17−CV−00931−XR**

**OLINE DETAVERNIER, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Jo Detavernier**
**1244 Ruddy Duck**
**New Braunfels, TX 78130**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Paula C. Boston**
> **Langley & Banack, Inc.**
> **745 East Mulberry, Suite 900**
> **San Antonio, TX 78212−3166**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/ROBERT FLAIG**

DEPUTY CLERK

**ISSUED ON 2017−09−22 14:10:53**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17–CV–00931–XR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)*_____.

☐    I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐    I left the summons at the individual's resident or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)*_____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)*_____; or

☐    I returned the summons unexecuted because _____; or

☐    Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                    _____
                                                                    *Server's signature*

                                                        _____
                                                                    *Printed name and title*

                                                        _____
                                                                    *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____